1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>   Plaintiff,<br><br>   v.<br><br>ACCUIRE, LLC and DOES 1 to 100, inclusive,<br><br>   Defendants. | Case No.  2:18-cv-02065-JAM-AC<br><br>**ORDER OF SPECIAL APPOINTMENT TO SERVE PROCESS**<br><br>Judge: Hon. John A. Mendez<br>Ctrm:   6, 14th Floor<br><br>Complaint Filed:  July 28, 2018 |
|---|---|

Upon Request by Plaintiff/Judgment Creditor, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS ("Judgment Creditor") to have a registered process server (hereinafter "Process Server") be specially appointed to serve any Writ of Attachment, Writ of Execution and/or related judgment execution/collection pleading in this action and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** Judgment Creditor's Request for Special Appointment of a private Process Server to serve any Writ of Attachment, Writ of Execution and/or related judgment execution/collection pleading is granted, and:

   1.   Process Server is competent and not less than eighteen (18) years of age;

   2.   Process Server is not and will not be a party to this action;

3. Process Server that will be used by Judgment Creditor to effectuate service in this action is a California process server duly registered in the county in which the Writ of Attachment, Writ of Execution and/or related judgment execution/collection pleading will be served; and

4. Granting this request will effect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Local Rule 512(f) and California Code of Civil Procedure § 699.080.

DATED: November 23, 2020        /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE