UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>ACCUIRE, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02065-JAM-AC<br><br>**ORDER ON STIPULATION RE CONTINUANCE OF DEBTOR'S EXAMINATION AND DOCUMENT PRODUCTION**<br><br>Magistrate: Hon. Allison Claire<br>Ctrm: 26, 8th Floor<br>Hearing Date: December 16, 2021<br>New Hearing Date: January 27, 2021<br>Hearing Time: 10 a.m.<br><br>Complaint Filed: July 28, 2018 |
|---|---|

The Court having considered the stipulation of Plaintiff and Judgment Creditor ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS ("Zurich") and Defendant and Judgment Debtor ACCUIRE, LLC (Accuire), and finding just cause therefore, rules as follows:

1. A debtor's examination of Accuire was ordered on Zurich's application to occur on Wednesday, December 16, 2020 at 10 a.m. (Doc. 35). As part of the Court's order regarding the debtor's examination, Accuire was to have produced responsive documents to categories listed in the order to Zurich by December 14, 2020.

2. The parties have reached a settlement in this matter.

3. In order to allow the parties time so that the settlement may be finalized, a settlement agreement executed, and all settlement payments made, the debtor's examination scheduled for Wednesday, December 16, 2020 at 10 a.m. is continued until **January 27, 2021 at 10 a.m.**.

4. The continued debtor's examination will be conducted remotely. The Court will provide call-in information or a videoconference link for the hearing with the Magistrate regarding the debtor's examination at 10 a.m. on January 27, 2021. Counsel for Zurich will provide a separate videoconference link to counsel for Accuire for the actual debtor's examination to occur remotely after the hearing with the Magistrate.

5. Accuire shall produce all responsive documents to the categories listed in the Magistrate's prior order setting the debtor's examination on December 16, 2020 (Doc. 35), to be received by Zurich at least two business days before the continued date for the debtor's examination.

6. This order shall be served by Zurich by mail and email on counsel for Accuire. Personal service of the order on Accuire, itself, is not required.

**IT IS SO ORDERED.**

DATED: December 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE